# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JOANNA HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-00206 |
| ) | Judge Varlan |
| LIBERTY INSURANCE ) | Magistrate Judge Guyton |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate as follows:

1. All of the claims asserted by the Plaintiff, Joanna Hall, against the Defendant, Liberty Insurance Corporation, are hereby dismissed *with prejudice*.

2. Further, the parties stipulate that each will bear its own respective attorneys' fees, expenses, and discretionary costs.

This the 1st day of December, 2014.

1

RESPECTFULLY SUBMITTED:

/s/ *Mark E. Brown (w/permission)*
Mark E. Brown (BPR #021851)
MENEFEE & BROWN, P.C.
9724 Kingston Pike, Ste. 505
Knoxville, Tennessee 37922
Phone: (865) 357-9800
Fax: (865) 357-9810
e-mail: mbrown@menefeebrown.com

*Counsel for Plaintiff Joanna Hall*


/s/ *Brian C. Neal*
John R. Wingo (BPR No. 16955)
Brian C. Neal (BPR. No. 22532)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200
john.wingo@stites.com
brian.neal@stites.com

*Counsel for Defendant Liberty Insurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2014, the foregoing was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon the parties as indicated below. Parties may also access this filing through the Court's ECF system.

VIA ECF Notice:
Mark E. Brown
MENEFEE & BROWN, P.C.
9724 Kingston Pike, Suite 505
Knoxville, TN 37922
mbrown@menefeebrown.com

                                                            *s/ Brian C. Neal*

1086618:1:NASHVILLE